Daniel Poulson
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: daniel_poulson@fd.org

Attorney for Petitioner

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CLOYD LACAP,<br><br>Petitioner,<br><br>vs.<br><br>BUREAU OF PRISONS, SENTENCE DESIGNATION AND COMPUTATION CENTER,<br><br>Respondent. | Case No. 3:21-cv-_____<br><br>**PETITION FOR SECTION 2241 HABEAS CORPUS RELIEF FROM UNCONSTITUTIONAL DENIAL OF FEDERAL SERVICE CREDIT** |

Petitioner incorporates by reference the primary motion for Section 2255 relief filed in *United States v. Lacap*, 3:20-cr-00006-RRB-MMS at Doc. 52. Mr. Lacap respectfully requests that the court issue an order directing the Bureau of Prisons to receive Mr. Lacap for service of his federal sentence to commence as of April 8, 2021 and award pretrial credit for time served that is not being credited against another sentence, for the reasons set forth in his primary motion.

DATED this 18th day of April, 2022.

Respectfully submitted,

/s/ Daniel Poulson
Daniel Poulson
Assistant Federal Defender

Certificate of Service:

I hereby certify that the foregoing document was emailed to the Clerk of Court for the United States District Court at newcvcases@akd.uscourts.gov on April 18, 2022. I further certify that a copy of the foregoing was served via email on:

Assistant United States Attorney Allison O'Leary

/s/ Daniel Poulson